

**SITE SURVEY FOR HOME CONFINEMENT**

**USA v. ALON ALEXANDER, et al**
Case 24 Cr.676

*PREPARED FOR:*

Howard Srebnick
**BLACK SREBNICK**

*PREPARED BY:*

**V2 GLOBAL**
**3121 COMMODORE PLAZA, SUITE 302**
**MIAMI, FL  33133**

**December 31, 2024**

This report is confidential and is intended for the information and use of the Party to whom it is addressed. This report may not be copied, reproduced, disseminated, distributed or otherwise made available to any third party, in whole or in part, without the express written consent of V2 Global, which consent may be withheld for any reason. V2 Global does not guarantee the accuracy or completeness of outside agency records.



Client Work Product
Privileged & Confidential
December 31, 2024

## INTRODUCTION

V2 Global conducted an inspection of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Florida (▓▓▓▓▓▓▓▓▓▓▓▓▓▓) on December 31, 2024.

## SUMMARY

The ▓▓▓▓▓▓▓▓▓▓▓▓ building is within a complex accessed through a manned security gate. The rear of the property borders the ▓▓▓▓▓▓▓▓▓▓▓▓.

Access to the building is via key fob to the lobby.

Unit ▓▓ is one of several on the 8th floor accessed by the same elevators. There is a fire exit for the wing where Unit ▓▓ is located. The unit is 1,157 square feet.

Access to the unit is via a single door in the 8th floor corridor. Unit ▓▓ is a basic 2-bedroom apartment with a living/dining area leading to a screened balcony. From the living area, there is a primary bedroom, a secondary bedroom and a galley kitchen.

Guarded front gate



Client Work Product
Privileged & Confidential
December 31, 2024



Front Door – view from lobby



Client Work Product
Privileged & Confidential
December 31, 2024



8th Floor Hallway – View From Elevator Area - #▮▮ is last door on the right

Front Door of Apt 834

4



Client Work Product
Privileged & Confidential
December 31, 2024



Screened Balcony



Primary Bedroom



Client Work Product
Privileged & Confidential
December 31, 2024



Secondary Bedroom – View from living room