

**SECURITY PLAN Re:**

**USA v. ALON ALEXANDER, et al**
**Case 24 Cr.676 (EDNY)**
**24-mj-04616-EFD (S.D. Fla.)**

*PREPARED FOR:*

**Howard Srebnick**
**BLACK SREBNICK**

*PREPARED BY:*

**V2 GLOBAL**
**3121 COMMODORE PLAZA, SUITE 302**
**MIAMI, FL  33133**

**January 1, 2025**

This report is confidential and is intended for the information and use of the Party to whom it is addressed. This report may not be copied, reproduced, disseminated, distributed or otherwise made available to any third party, in whole or in part, without the express written consent of V2 Global, which consent may be withheld for any reason. V2 Global does not guarantee the accuracy or completeness of outside agency records.



Client Work Product
Privileged & Confidential
January 1, 2025

**INTRODUCTION**

- **Objective**
    - Establish and execute a plan once defendant(s) is/are released on bond to home confinement to ensure that defendant does not flee.
    - Provide for detention security at a high-rise residential building in Miami or New York.
    - Interface with law enforcement, US Attorney's Office and US District Court.

- **V2 Global ("V2")**
    - V2 Global is a risk mitigation and management consulting firm specializing in investigatory and strategic advisory services in the areas of Business Intelligence, Crisis Management, Public Safety Advisory, and Security Solutions.V2 Global principals and professionals, have years of experience in corporate security, law enforcement and dignitary protection. V2 ensures clients' safety and protection needs are met by implementing robust security tactics and leveraging operational expertise worldwide. Most engagements include compliance with local, state and federal laws.
    - More details about V2 Global at: www.v2-global.com

- **Principals/Team**
    - *Donald De Lucca* – V2 founding partner; retired Chief of Police with 33 years of law enforcement experience.
    - *DC Page* – Managing Partner V2; retired US Customs (now Homeland Security), Managing Director Kroll Associates, CEO of Verasys, and directed all consulting and international operations for Andrews International.
    - *Jim Milford* – V2 founding partner; career U.S. Drug Enforcement Administration (DEA), retired as Deputy Administrator.
    - *George Piro* – V2 Member of Board of Advisors, Executive Director for Domestic and International Operations; retired FBI Assistant Director of International Operations and Special Agent in Charge of the FBI's Miami office.
    - *Raymond Martinez* – V2 Director Public Policy & Law Enforcement; retired Miami Police Department and Miami Beach Chief of Police with over 35 years of experience.
    - *Juan Perez* – V2 Director Public Policy & Law Enforcement; retired Director of Miami Dade Police Department with over 30 years of experience.
    - *Michael Mills* – Director of Field Operations; retired Assistant Chief South Miami Police Department, with 34 years law enforcement experience, experience managing high-profile, flight risk security details.
    - *John Pepper* – Investigator Security Consultant V2; Former Homestead Police Department, current Reserve Homestead Police Department Officer.



Client Work Product
Privileged & Confidential
January 1, 2025

- **Experience**
    - V2 Global has designed and executed security plans suitable to supervising authorities including defendants from the US EDNY (residing in Miami lasting two years).
    - V2 has secured defendants cooperating with federal authorities out of the US EDNY (residing in Miami).
    - V2 has provided sensitive high-level security to dignitaries including former presidents and CEO's in difficult and high risk environments.

**SECURITY PLAN**

- **Assessment**
    - V2 to conduct site security inspection of premises to assess requirements for security staffing, technology, building and law enforcement liaison.
    - Map placement of monitoring cameras at all possible points of egress – including balcony if applicable.
    - Identify V2 Monitoring Post within the building and must have adequate cellphone and internet access/coverage
- **Liaison with Authorities**
    - Plan provided to US Attorney's Office for approval.
    - V2 establishes liaison with court-designated federal agents and local law enforcement agencies.
        - To include US Attorney's Office, FBI (By Ret. AD. George Piro), Pre-trial Services, State Attorney's Office, local police department and Real Time Crime Center (by Ret. Chief Don De Lucca).
        - One V2 operations manager to be Point of Contact (POC) for law enforcement.
        - Phone and email for V2 Operations Manager and V2 Monitoring Post disseminated to pertinent law enforcement.
    - V2 notifies local police department of operation.
        - Local police provided with all court orders for detention.
            - Including photographs, vehicles, family members, etc.
        - Details incorporated in police logs associated with address.
            - Ensures police response and justification for detention of defendant in the event of an attempt to flee the jurisdiction.



Client Work Product
Privileged & Confidential
January 1, 2025

- **Staffing**
    - V2 Security Agents
        - Two agents during day shift – one overnight (12 hours each)
        - Retired Law Enforcement or Military
            - Licensed
            - Armed
            - Plainclothes – Attire to be consistent with the surroundings. Sports attire if defendant is permitted to walk, run, exercise, etc.
            - Full background screening for integrity, training and potential conflicts.
    - Each agent has access to all necessary areas of the building, parking and duty vehicle.
    - Agents have access to defendants' residence and advance permission to enter at will.

- **Technology**
    - Court ordered monitoring (ankle bracelet).
    - Motion activated cameras to be installed outside residence exits, doors, hallway, balcony, entrance.
        - Door sensors.
        - All monitored remotely by security team (law enforcement will have full access as well).
    - One designated cell phone and laptop for V2 Monitoring Post – monitored by on-duty agent 24/7 (law enforcement will have full access as well).
    - Location settings activated on defendant's cell phone.
    - A fixed tracking device is to be placed on the vehicle(s) that will be used to transport the defendant. Monitoring will be available to law-enforcement.

- **Monitoring Post**
    - Each shift emails shift report with log of all activity/movements.
    - Any suspicious activity to be reported immediately to local and federal law enforcement. V2 agents to provide all necessary information to law enforcement.
    - **Family and regular domestic staff information provided to V2 in advance.**
    - Supervisory audit visits to Monitoring Post.

- **Movements**
    - All movements will be approved by supervising government authorities in advance.
    - FBI, Marshals or supervising authorities will receive movement plan and will participate in movements as desired.
    - <u>Local Movements</u>: Court authorized movements within the judicial district.
        - Two V2 agents (security driver and security agent) escort defendant outside residence at all times.



- o   <u>Interstate Movements</u>: Movements from district to district for court appearances and official meetings utilize vehicles or private aircraft (three options).
    - *Vehicle Movements:* Performed by at least two V2 security agents in a vehicle provided by V2.  Routes, stopovers and full itinerary provided and approved by government authorities in advance.
    - *Aircraft Movements*: Aircraft leased privately by V2 for transport.
        - Itinerary, routes and flight plan approved by government authorities.
        - Aircraft leasing company, FBO and crew vetted and approved in advance.
        - V2 ensures adherence to flight plan,
        - Local movements to and from aircraft are governed by *Vehicle Movement* protocols.

- **Attachments**
    - o   Sample Monitoring Post orders.
    - o   Sample Weekly Schedule.



Client Work Product
Privileged & Confidential
January 1, 2025

# Attachment #1

### Security/Monitoring Post

### V2 Global
### V2 Global Monitoring Post Mobile Phone: XXX-XXX-XXXX

**Address:**　　　　　　　　　　　　　　　　**Subject – Wife:** XXX
**Location**　　　　　　　　　　　　　　　　**Son:** XXX – **Daughter:** XXX
**Staff:** XXX　　　　　　　　　　　　　　　**Others:** XXX

**Defendant Identifiers/Description:**
**Name:**
**DOB:**
**SSN:**
**Blood Type:**
**ID Markings:**
**Case Number:**
**Detention Order Reference:**

**Defendant Condo** – XXX-XXX-XXXX
**Defendant Mobile** – XXX-XXX-XXXX

**Agent #1**　　　XXX-XXX-XXXX
**Agent #2**　　　XXX-XXX-XXXX
**Agent #3**　　　XXX-XXX-XXXX
**Agent #4**　　　XXX-XXX-XXXX

**Camera Remote Access Account Details:**
XXXX
XXXX

**XXXX – East Camera – WiFi**　　　　**XXXX – West Camera**
696D66　　　　　　　　　　　　　　　695bdb
278006935　　　　　　　　　　　　　278005158

**XXX WiFi – Password: XXXX**

**Condo Building WiFi's**
**Café & Main Lobby** – D6245F – Password: XXXX
**Spa**　　　　　　　　D601AA – Password: XXXX

**Local Police:**
**POC:**
**Number Local Hospital:** Name, address



Client Work Product
Privileged & Confidential
January 1, 2025

## Attachment #2

**V2 Global Monitoring Post**
**WEEKLY SCHEDULE 12/12-18/24**

**Security Detail Phone:** XXX-XXX-XXXX        **Condo:** XXX-XXX-XXXX

| Date | Day | Leave Time | Enter Time | Activity |
|---|---|---|---|---|
| **12/12/24** | Thursday | 9.00 am | 10.00 am | Attorney Meeting |
| | Thursday | 13.00 | 17.00 | Doctors appointment (Dr. XXXX, Address) |
| | | | | |
| **12/13/24** | Friday | 9.00 am | 9.45 am | Attorney Meeting |
| | Friday | 16.00 | 16.45 | Religious Activity |
| | Friday | 18.00 | 20.00 | Attorney Meeting |
| | | | | |
| **12/14/24** | Saturday | 9.00 am | 9.45 am | Religious Activity |
| | Saturday | 16.00 | 16.45 | Attorney Meeting |
| | | | | |
| **12/15/24** | Sunday | 9.00 am | 9.45 am | Religious Activity |
| | Sunday | 16.00 | 16.45 | Religious Activity |
| | | | | |
| **12/16/24** | Monday | 9.00 am | 9.45 am | Doctors appointment |
| | Monday | 16.00 | 16.45 | Attorney Meeting |
| | Monday | 17.30 | 19.30 | Religious Activity |
| | | | | |
| **12/17/24** | Tuesday | 9.00 am | 9.45 am | Attorney Meeting |
| | Tuesday | 16.00 | 16.45 | Attorney Meeting |
| | Tuesday | 18.00 | 20.00 | Religious Activity |
| | | | | |
| **Date** | **Day** | **Leave Time** | **Enter Time** | **Activity** |
| **12/18/15** | Wednesday | 9.00 am | 9.45 am | Attorney Meeting |
| | Wednesday | 16.00 | 16.45 | Attorney Meeting |